UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE DREW,<br><br>           Plaintiff,<br><br>v.<br><br>NANCY A BERRYHILL Deputy Commissioner of Social Security for Operations,<br><br>           Defendant. | CASE NO. 3:18-CV-05306-DWC<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS |

Plaintiff filed this Social Security action on April 20, 2018. Because Plaintiff is proceeding *in forma pauperis*, the Complaint was filed on April 24, 2018. *See* Dkt. 2-4. The time for serving the summonses and Complaint expired on July 23, 2018, 90 days after the Complaint was filed. At this time, no proof of service has been filed. *See* Docket; Fed. R. Civ. P. 4(l), 4(m). Plaintiff is ordered to complete service of process and file proof of service with the Court on or before August 8, 2018.

Dated this 25th day of July, 2018.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge